UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANEILIS REYES,

                        **Plaintiff,**                        24-CV-04823 (JMF)(SN)

      -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      This social security appeal was recently transferred from the U.S. District Court for the Eastern District of New York. The Court ADOPTS the briefing schedule previously set by a judge of that Court. Accordingly, by August 20, 2024, Plaintiff shall file a motion for judgment on the pleadings. The Commissioner shall file opposition by November 20, 2024. Plaintiff shall file a reply, if any, by December 20, 2024.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     June 27, 2024
                New York, New York