```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YANEILIS REYES,

                                **Plaintiff,**                      **24-CV-04823 (SN)**

               -against-                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The deadline for Plaintiff to file her brief was August 20, 2024. ECF No. 15. To date, the Court has not received Plaintiff's brief. Given Plaintiff's *pro se* status, as a courtesy, the deadline for Plaintiff to file her brief is extended to September 23, 2024. The Commissioner's opposition remains due on November 20, 2024, and Plaintiff's reply remains due on December 20, 2024. Plaintiff is warned that if she does not file her brief by September 23, 2024, the Court may dismiss the case for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

       Plaintiff is reminded that New York County Lawyers Association ("NYCLA") may be able to provide free legal assistance on this pending social security appeal. Plaintiff may contact the NYCLA clinic at 212-349-0900. Additional information is attached.

**SO ORDERED.**

                                                                        */s/ Sarah Netburn*
                                                                      SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     August 23, 2024
                   New York, New York