UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANEILIS REYES,

                           **Plaintiff,**                         **24-CV-04823 (SN)**

           -against-                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 15, 2024, the Court reopened this action and set a briefing schedule for the parties' briefs. ECF No. 28. Plaintiff was ordered to file her brief within 30 days. Id. Her deadline to file is December 16, 2024. If she files a brief, the Commissioner is ordered to file a brief within 30 days of service. But if Plaintiff fails to file and serve a brief by December 16, 2024, in accordance with Standing Order M10-468, the Commissioner's brief remains due within 30 days of that date. Accordingly, should Plaintiff not file and serve a brief upon the Commissioner dated as of December 16, 2024, the Commissioner is ORDERED to file and serve a brief no later than January 15, 2025.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:     December 16, 2024
                  New York, New York