UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YANEILIS REYES,

                           **Plaintiff,**                        24-CV-04823 (SN)

       -against-                                         **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                           **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 15, 2024, the Court reopened this action and set a schedule for the parties' briefs. ECF No. 28. Plaintiff was ordered to file her brief by December 16, 2024. ECF No. 30. Nothing was filed. The Commissioner filed its brief on January 15, 2025. ECF No. 32.

      If Plaintiff intended to file any argument in support of her position that the Administrative Law Judge erred in denying benefits, Plaintiff should make an application to the Court and request additional time. Plaintiff is also encouraged to contact The Social Security SDNY Project at the New York County Lawyers Association ("NYCLA") for further help. NYCLA may be able to provide free legal assistance and can be reached at 212-349-0900. Absent any contact from the Plaintiff, however, the Court will assume the matter is fully briefed and ready for decision.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     February 4, 2025
                New York, New York