```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANEILIS REYES,

                               **Plaintiff,**                    24-CV-04823 (SN)

         -against-                                       **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court was informed by counsel for the Commissioner that the mailing address listed for Plaintiff on the docket may be incorrect. Despite previous mailings being delivered to Plaintiff, the Court's February 4, 2025 Order was returned as unclaimed. Upon review of the docket, Plaintiff listed her address as 2280 Bathgate Avenue, Apt. 52, Bronx, NY 10457 in the initial complaint. ECF No. 1. The docket reflects an address of 2280 Bathpage Avenue, Apt. 52, Bronx, NY 10475.

      The Clerk of Court is directed to mail a copy of this Order, the Court's February 4 Order at ECF No. 34, and a Notice of Change of Address Form to: (1) Yaneilis Reyes, 2280 Bathgate Avenue, Apt. 52, Bronx, NY 10457; and (2) Yaneilis Reyes, 2280 Bathpage Avenue, Apt. 52, Bronx, NY 10475. Plaintiff is directed to file a letter with the Court within one week of receiving this mailing to confirm her correct address. If Plaintiff needs to revise the address on the docket, she shall complete and return the Notice of Change of Address Form.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     May 6, 2025
               New York, New York