UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
YANEILIS REYES.,

                     Plaintiff,        <u>ORDER</u>
                                         1:24-cv-04823-GRJ

   v.

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------

      **WHEREAS**, Plaintiff commenced this case *pro se* by filing a Complaint on January 11, 2024 (Docket No. 1); and

      **WHEREAS,** Plaintiff's deadline to file a motion for judgment on the pleadings was August 20, 2024, pursuant to an Order entered on June 27, 2024 (Docket No. 15); and

      **WHEREAS,** Plaintiff failed to file a motion prior to the deadline and the Court, *sua sponte*, extended the deadline to September 23, 2024 (Docket No. 23); and

      **WHEREAS,** Plaintiff failed to file a motion prior to the extended deadline; and

      **WHEREAS,** the Court issued an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute (Docket No. 24); and

1

**WHEREAS,** Plaintiff failed to respond to the Order to Show Cause and this case was dismissed without prejudice (Docket No. 25); and

**WHEREAS,** Plaintiff filed a motion to reopen the case (Docket No. 26), which motion was granted by Order dated November 15, 2024 (Docket No. 28); and

**WHEREAS,** the Order reopening the case directed Plaintiff to file a brief in support of her request for review on or before December 16, 2024; and

**WHEREAS,** the Commissioner filed a brief in opposition to Plaintiff's request for review on January 15, 2025 (Docket No. 32); and

**WHEREAS,** Plaintiff has not filed a brief (or motion) in support of her request for review; and

**WHEREAS,** the Court was advised that Plaintiff's mailing address as indicated on the docket may be incorrect; and

**WHEREAS,** the Court issued an Order on May 6, 2025 (Docket No. 37), directing Plaintiff to file a letter confirming and/or correcting her mailing address within one week; and

**WHEREAS,** this case was referred to the undersigned on May 28, 2025; and

**WHEREAS,** a review of the docket indicates that Plaintiff did not respond to the Order dated May 6, 2025 regarding her mailing address; and

**WHEREAS,** this Court has given the matter due deliberation;

**NOW, THEREFORE,** it is hereby

**ORDERED,** that Plaintiff shall file a letter confirming and/or correcting her mailing address on or before June 9, 2025; and it is further

**ORDERED,** that if Plaintiff's fails to file such letter, this Court will consider the matter fully briefed and issue a decision on the merits in due course; and it is further

**ORDERED,** that the Clerk of Court is directed to mail a copy of this Order and a Notice of Change of Address Form to: (1) Yaneilis Reyes, 2280 Bathgate Avenue, Apt. 52, Bronx, NY 10457; and (2) Yaneilis Reyes, 2280 Bathpage Avenue, Apt. 52, Bronx, NY 10475.

Dated: May 29, 2025                    *s/ Gary R. Jones*
                                       GARY R. JONES
                                       United States Magistrate Judge