**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YANEILIS R.,

                     Plaintiff,                    24 **CIVIL** 4823 (GRJ)

    -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 13, 2025, the Plaintiff's request for review is DENIED, the Commissioner's denial of benefits is affirmed, and this case is DISMISSED substantially for the reasons set forth in the Commissioner's Brief (Docket No. 32). In particular, the case is dismissed because Plaintiff did not timely request review of the ALJ's denial of benefits, and the Appeals Council did not abuse its discretion in concluding that Plaintiff failed to establish good cause for the late filing. that dismissal is additionally, and alternatively, warranted based on Plaintiff's failure to prosecute this case, respond to Court orders, and maintain an updated mailing address with the Court. *See, e.g., Neal v. Comm'r of Soc. Sec., No. 18CV01936VECSN, 2019 WL 3402464, at *1 (S.D.N.Y. June 5, 2019), report and recommendation adopted, No. 18-CV-1936 (VEC), 2019 WL 2710127 (S.D.N.Y. June 28, 2019); Reynel v. Barnhart, No. 01 CIV. 6482 (RLE), 2002 WL 2022429, at *1 (S.D.N.Y. Sept. 3, 2002); Bonnette v. Comm'r of Soc. Sec., No. 16-CV-6398 (ENV), 2018 WL 6173434, at *2 (E.D.N.Y. Nov. 26, 2018); Abbas v. Tate, No. 20CV3636JGKJLC, 2023 WL 324432, at *1 (S.D.N.Y. Jan. 19, 2023), report and recommendation adopted, No. 20-CV-3636 (JGK), 2023 WL 2632229*

*(S.D.N.Y. Mar. 23, 2023).* Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
         June 16, 2025

                                              **TAMMI M. HELLWIG**
                                              **Clerk of Court**

              **BY:**                            K. Mango
                                              **Deputy Clerk**